No. 00–9210. HAWTHORNE v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–9231. KEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–9240. AIKENS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9252. ROLLOCK v. UNITED STATES PAROLE COMMISSION. C. A. 3d Cir. Certiorari denied.

No. 00–9255. VALENTINE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–9263. LUVIANO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9269. CUEVAS-ANDRADE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–1109. OKLAHOMA v. WOOD. Ct. Crim. App. Okla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.